AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13CR2794-JLS |
| v. | ORDER ON EMERGENCY MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| KEITH EDWARD TAYLOR | (COMPASSIONATE RELEASE) |

Upon emergency motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 98) and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,[1]

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court concludes that the sanction for Defendant's violation of his furlough agreement was an administrative determination properly falling within the authority of prison officials. Although Defendant contends that the determination was unreasonable, the officials had a rational basis for not crediting his explanation for his late arrival at the residential reentry center. The Court is not persuaded that a factual dispute regarding a prison housing determination constitutes an extraordinary and compelling basis for relief within the parameters of Section 3582(c)(1)(A)(i).

---

[1] Although the Ninth Circuit has determined that the Sentencing Commission policy statement is not applicable to motions filed by a defendant under the recently amended § 3582(c)(1)(A), the court recognized that it may inform a district court's discretion. *United States v. Aruda,* 993 F.3d 797 (9th Cir. 2021).

Accordingly, Defendant's Emergency Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated: January 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge